

FILED
JUL 17 2020
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-161-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN NEAL SAKSA, | |
| Defendant. | |

Due to the Court being advised of counsel's exposure to COVID-19,

IT IS HEREBY ORDERED that sentencing currently scheduled for Friday, July 17, 2020 at 9:30 a.m., is **VACATED** and reset to commence on **Thursday, August 20, 2020 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 17th day of July, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1